**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00100-CR**
_____

**LAGUNA M. SIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Jefferson County, Texas**
**Trial Cause No. 318279**

**MEMORANDUM OPINION**

Appellant Laguna M. Sims has filed a motion to dismiss her appeal. *See* Tex.

R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally

and joined by counsel of record. No opinion has issued in this appeal. The motion is

granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 8, 2019
Opinion Delivered October 9, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2